No. 120 February 19, 2026 331

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JASON LEE BRANDNER,
*Defendant-Appellant.*

Lane County Circuit Court
22CR35838, 22CR55550; A182939 (Control), A182940

Bradley A. Cascagnette, Judge.

Submitted July 9, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Brett J. Allin, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Solicitor General, and Carson L. Whitehead, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, Joyce, Judge, and Hellman, Judge.

ORTEGA, P. J.

Portion of judgment requiring defendant to pay all fees assessed for participation in programs reversed; otherwise affirmed.

**ORTEGA, P. J.**

In this consolidated criminal appeal, defendant challenges aspects of the trial court's judgments revoking probation. He first challenges the imposition of a term in the judgment in case number 22CR35838 requiring him to pay jail program fees that had not been announced at sentencing. He further argues that the court erred by providing notice in the judgments that a collection fee may be imposed pursuant to ORS 1.202.

The state concedes that the trial court erred by imposing program fees that were not announced at sentencing in case number 22CR35838 and agrees that we should reverse that provision in the judgment without remanding for resentencing. As defendant acknowledges, our reversal on his first assignment of error renders harmless any error related to collection fees because the judgments did not impose a monetary obligation aside from program fees.

Portion of judgment requiring defendant to pay all fees assessed for participation in programs reversed; otherwise affirmed.